| | |
|---|---|
| 1 | Jack T. Friedman, No. 068134, *jfriedman@cbmlaw.com* |
| | Thomas J. Tarkoff, No. 160994, *ttarkoff@cbmlaw.com* |
| 2 | **CARROLL, BURDICK & McDONOUGH LLP** |
| | Attorneys at Law |
| 3 | 1676 N. California Blvd, Suite 620 |
| | Walnut Creek, CA 94596-4124 |
| 4 | Telephone: 925.944.6080 |
| | Facsimile: 925.256.3110 |

**FILED**

AUG 2 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for Defendants
DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY (erroneously sued herein as DISCOVER PROPERTY AND CASUALTY COMPANY and DISCOVER RE MANAGERS, INC. (erroneously sued herein as DISCOVER MANAGERS, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK GHIGLIONE AND RODGERS TRUCKING,

    Plaintiff,

v.

DISCOVER PROPERTY AND CASUALTY COMPANY, DISCOVER MANAGERS, INC., and DOES 1 through 10, inclusive,

    Defendants.

No. C06 01276 SC

~~PROPOSED~~ ORDER GRANTING DEFENDANTS REQUEST FOR CLIENT TO ATTEND EARLY NEUTRAL EVALUATION CONFERENCE VIA TELEPHONE CONFERENCE

After review of Defendant's letter dated August 18, 2006, requesting that Defendants' client representative, Jeffrey L. Fisher, appear at the Early Neutral Evaluation scheduled for October 13, 2006, via telephone conference and with no objection from attorneys for plaintiffs:

CBM-WC\WC052382.1

ORDER

1  IT IS HEREBY ORDERED that Defendants' client, Jeffrey L. Fisher, may
2  appear at the Early Neutral Evaluation scheduled for October 13, 2006 via telephone
3  conference.
4  Dated: 8/22, 2006

By _____
The Honorable Magistrate Judge
Wayne D. Brazil
United States District Court
Northern District of California