Jack T. Friedman, No. 068134, *jfriedman@cbmlaw.com*
Thomas J. Tarkoff, No. 160994, *ttarkoff@cbmlaw.com*
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
1676 N. California Blvd, Suite 620
Walnut Creek, CA 94596-4124
Telephone: 925.944.6080
Facsimile: 925.256.3110

Attorneys for Defendants
DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY (erroneously sued herein as DISCOVER PROPERTY AND CASUALTY COMPANY and DISCOVER RE MANAGERS, INC. (erroneously sued herein as DISCOVER MANAGERS, INC.)

**FILED**

DEC 8 - 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GHIGLIONE AND RODGERS TRUCKING, <br><br> Plaintiff, <br><br> v. <br><br> DISCOVER PROPERTY AND CASUALTY COMPANY, DISCOVER MANAGERS, INC., and DOES 1 through 10, inclusive, <br><br> Defendants. | No. C06 01276 SC <br><br> ~~PROPOSED~~ (WDB) **ORDER GRANTING DEFENDANTS REQUEST FOR CLIENT TO ATTEND EARLY NEUTRAL EVALUATION CONFERENCE VIA TELEPHONE CONFERENCE** |

After review of Defendant's letter dated December 6, 2006, requesting that Defendants' client representative, Jeffrey L. Fisher, appear at the Early Neutral Evaluation scheduled for January 10, 2006, via telephone conference and with no objection from attorneys for plaintiffs:

CBM-WC\WC055519.1

**ORDER**

IT IS HEREBY ORDERED that Defendants' client, Jeffrey L. Fisher, may appear at the Early Neutral Evaluation scheduled for January 10, 2006 via telephone conference.

Dated: 12-8, 2006

By _____
The Honorable Magistrate Judge
Wayne D. Brazil
United States District Court
Northern District of California