GEORGE W. KORTE, ESQ. SB# 37554
LAW OFFICES OF GEORGE W. KORTE
220 Sansome Street, Suite 1320
San Francisco, CA 94104
Telephone:    415/434-3980
Facsimile:     415/434-3986

Attorney for Plaintiffs
FRANK GHIGLIONE AND RODGERS TRUCKING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GHIGLIONE AND RODGERS TRUCKING,<br><br>    Plaintiffs,<br><br>vs.<br><br>DISCOVER PROPERTY AND CASUALTY COMPANY, DISCOVER MANAGERS, INC. and DOES 1 through 10, inclusive,<br><br>    Defendants | CASE NO.:   C06 01276 SC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE HEARING DATES**<br><br>Judge: Hon. Samuel Conti<br>Dept. 1 |

Counsel report that they have met and conferred regarding dates for submission of pending Motion for Summary Judgment and new trial date, and have reached the following stipulation:

1. Motion for Summary Judgment will be submitted without oral hearing with the following briefing schedule:

    a. Plaintiff's opposition to be filed by March 12, 2007, and

    b. Defendant's reply to be filed by March 27, 2007.

2. Parties agree the trial date of March 23 can be vacated and request a trial setting conference in early April.

//

//

1

STIPULATION AND PROPOSED ORDER RE HEARING DATES

1 | DATED: February 7, 2007    LAW OFFICES OF GEORGE W. KORTE

2

3 | *GW Ru6*
GEORGE W. KORTE, ESQ.
Attorney for Plaintiffs
4 | FRANK GHIGLIONE and RODGERS TRUCKING

5

6 | DATED: February 7, 2007    CARROLL, BURDICK & McDONOUGH, LLP

7

8 | JACK T. FRIEDMAN, ESQ.
Attorney for Defendants
9 | DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY, and DISCOVER RE MANAGERS, INC.

10

11 | ~~PROPOSED~~ ORDER

12

13 | Pursuant to the stipulation above, the dates therein are adopted by the Court.

14 | IT IS SO ORDERED.    The trial is set for April 30, 2007.

15 | DATED: February ___, 2007

16 | By_____
Hon. Samuel Conti
17 | United States District Judge

*IT IS SO ORDERED / Judge Samuel Conti*

19 | The Pretrial is continued from 3/19/07 to 4/27/07.    SC

26 | C:\MyFiles\Rodgers\Discover\Stipulation.wpd

2

STIPULATION AND PROPOSED ORDER RE HEARING DATES